UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

WILLIAM LEE GRANT II
        PLAINTIFF

v

JOINT CHIEFS OF STAFF
        DEFENDANT

28 USC 1391(b)(3)
28 USC 1346(b)(1)
U.S. CONST. AMEND IV ; U.S. CONST. AMEND V
U.S. CONST. AMEND XIII ; U.S. CONST. AMEND XIV

COMPLAINT

① THE JOINT CHIEFS OF STAFF (JCOS) CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 TO BE THE JUDGE AS TO WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES.

② THE JCOS "DROPPED OFF" MR. GRANT IN SPRINGFIELD, IL IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN, ENDURE PSYCHOLOGICAL WARFARE, AND TO BE THE U.S. DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

③ THE JCOS KEPT MR. GRANT UNDER SURVEILLANCE THROUGH HACKING HIS CELLULAR PHONE, COMPUTER, AND SATELLITE SURVEILLANCE.

④ GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO CONDUCT ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE BY "BRIBING" MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO AUSA GREGORY K. HARRIS.

EDVA JUDGES: LIAM O'GRADY (18-CV-1328) AND ROBERT E. PAYNE (18-CV-369) DID NOT FIND MR. GRANT'S ALLEGAT- ①IONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

5) MR. GRANT WAS FORCED TO STAB DR. GRANT WHEN MR. GRANT TURNED SEVENTEEN (17), OR THE JCOS WOULD HAVE SENT SOMEONE TO KILL DR. GRANT.

6) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE FOR DOMESTIC BATTERY BY COLLUDING WITH MR. GRANT'S LAWYERS.

7) MR. GRANT WAS FORCED TO "ACT GAY" FOR MORE THAN SEVEN (7) YEARS, UNDER THE THREAT THE JCOS WOULD SEND SOMEONE TO RAPE MR. GRANT IF HE DID NOT.

8) IN 2009, MR. GRANT WAS STOPPED FOR 'DRIVING UNDER THE INFLUENCE (DUI)' BY THE ILLINOIS STATE POLICE. THE TRAFFIC STOP WAS A SET-UP ENGINEERED TO STRIP MR. GRANT OF HIS DRIVER'S LICENSE.

9) THE ILLINOIS STATE POLICE FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD, AND FAILED TO MIRANDIZE MR. GRANT.

10) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

11) D.K. HIRNER MADE AN AGREEMENT WITH THE JCOS TO ▉ IN THE EARLY 1990's TO ▉ HIRE MR. GRANT'S IN THE FUTURE.

12) D.K. HIRNER (IL LT. GOVERNOR SHEILA SIMON'S ▉ CHIEF OF STAFF) HIRED MR. GRANT AS A POLICY ANALYST IN THE OFFICE OF THE IL LT GOVERNOR'S OFFICE IN 2011.

13) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

14) ANN L. SCHNEIDER (SECRETARY OF THE IL DEPT OF TRANSPORTATION) HIRED MR. GRANT IN 2012 AS A ▉ STAFF ASSISTANT WITH THE IL DEPT OF TRANSPORTATION.



5) MR. GRANT FILED A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

6) MR. GRANT ENDURED ~~████~~ A HOSTILE WORK ENVIRONMENT, GEOGRAPHIC RELOCATION, RESCINDED PROMOTION, BEING ASSIGNED A WORKLOAD BELOW MR. GRANT'S PAYGRADE, AND WORK PRODUCTS BEING TAMPERED WITH.

7) THE RETALIATION CULMINATED IN THE ILLINOIS GOVERNOR'S OFFICE FAILURE TO ADD MR. GRANT TO PAYROLL (2014), THE WRONGFUL DENIAL OF FEDERAL UNEMPLOYMENT BENEFITS (2015), AND MR. GRANT BEING BLACKLISTED.

18) WHILE MR. GRANT WAS EMPLOYED BY THE STATE OF ILLINOIS, MR. GRANT'S CO-WORKERS AND SUPERVISORS REPORTED MR. GRANT'S WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

19) THE ACTIONS OF THE STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

20) MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

21) THE ILLINOIS ATTORNEY GENERAL AND U.S. DEPARTMENT OF JUSTICE DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

22) THE U.S. DEPARTMENT OF JUSTICE DEFAULTED IN 19-CV-3001 AND 19-CV-3020, AND ~~████~~ FAILED TO DENY MR. GRANT'S ALLEGATIONS.

23) THE DOJ WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO FEDERAL COURT.

24) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN" ORDER WITH THE CONSENT OF BUSH AND CHENEY.

25) DICK CHENEY HAD A CONFLICT OF INTEREST IN LOBBYING FOR THE INVASION OF IRAQ.

26) DICK CHENEY MADE $100 MILLION ~~████~~ FROM HIS HALLIBURTON STOCK DUE TO THE UNITED STATES OF AMERICA'S INVASION OF IRAQ.

27) HILLARY RODHAM CLINTON KILLED VINCE FOSTER (WHITE HOUSE COUNSEL).

28) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

29) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

30) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

31) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

32) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY IN CONCEALING THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

33) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO BECOME BECOME GOVERNOR OF ILLINOIS AS A REPUBLICAN.

34) PHILIP MOUNTBATTEN ORDERED THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

35) THE CIA KILLED JOHN F. KENNEDY.

36) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

37) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

38) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $4 MILLION IN THREE YEARS. UPON LEAVING THE CLINTON WHITE HOUSE, BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

④

39) LOUIS FARRAKHAN KILLED MALCOLM X.

40) MARION HUGH "SUGE" KNIGHT, JR. KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE, AND BRIBED THE LAPD TO CONCEAL "SUGE" KNIGHT'S ROLE

41) THE DoD STOLE TWENTY-NINE (29) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

42) MR. GRANT SEEKS $99 TRILLION IN COMPENSATORY DAMAGES.

43) THE ILND, ILCD, ILSD, CDCA, MARYLAND, NEBRASKA, WDTX, NDTX, EDTX, NDGA, EDNY, C.F.C., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

44) THE 2d CIR., 4TH CIR., 5TH CIR., 7TH CIR., 8TH CIR., 9TH CIR., 11TH CIR., AND D.C. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

45) THE WESTERN DISTRICT OF VIRGINIA HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1).

46) THE ILCD AND EDVA HAVE A CONFLICT OF INTEREST.

47) THE IL DEPT OF TRANSPORTATION; IL DEPT OF EMPLOYMENT SECURITY; IL STATE POLICE; OFFICE OF EXECUTIVE INSPECTOR GENERAL (OEIG); IL DEPT OF HUMAN RIGHTS; IL AG; U.S. DEPT OF TRANSPORTATION; U.S. DEPT OF LABOR; U.S. OFFICE OF SPECIAL COUNSEL; U.S. EEOC; U.S. DEPT OF JUSTICE; AND U.S. DEPT OF DEFENSE HAVE FAILED TO INVESTIGATE.

48) AUSA GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONSPIRE AGAINST MR. GRANT BY CONDUCTING ILLEGAL INTERVIEWS OF MR. GRANT'S FAMILY, PEERS, CO-WORKERS, AND SUPERVISORS.

49) AUSA GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT, AND REPORT HIS WORDS AND

3/22/2019

William Grant
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

5